AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, John M. | United States Court of Appeals for the Second Circuit | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Court of Appeals : Second Circuit
157 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Dwight D. Opperman Institute of Judicial Administration |
| 2. | Past President | Federal Judges Association |
| 3. | Director | U.S. Association of Constitituional Law |
| 4. | Director | Friends of CEELI |
| 5. | Director | American Society of International Law, Judicial Advisory Board |
| 6. | Director | Spencer Williams Foundation for Judicial Independence |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-April | Income as Lecturer, Yale Law School | $26,250.00 |
| 2. Sep-Nov | Income as Lecturer, Yale Law School | $26,250.00 |
| 3. Sep-Dec | Income as Lecturer, Yale Law School | $47,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The CEELI Institute | 7/4/2011 - 7/12/2011 | Prague, Czech Republic | Conference of Chief Justices of Central and Eastern Europe | Transportation, meals, lodging |
| 2. | National Committee on US-China Relations | 9/14/2011-9/16/2011 | Glen Cove, New York | Educational seminar | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | --COMMON STOCK-- | | | | | | | | | |
| 2. | AES CORP | | None | | | Sold | 04/20/11 | L | | |
| 3. | ALLSTATE CORP | A | Dividend | K | T | Buy | 02/10/11 | K | | |
| 4. | AMERICAN INT'L GROUP | | None | K | T | Buy | 05/16/11 | K | | |
| 5. | AMERICAN TOWER INC | A | Dividend | L | T | Sold (part) | 05/03/11 | K | D | |
| 6. | APPLE INC | | None | K | T | Buy | 08/12/11 | K | | |
| 7. | ARTIC GLACIER INC FD | | None | J | T | Buy (add'l) | 07/08/11 | J | | |
| 8. | ATHENA HEALTH INC | | None | L | T | | | | | |
| 9. | AT & T INC COM | A | Dividend | J | T | Buy (add'l) | 05/02/11 | J | | |
| 10. | BECTON DICKINSON & CO | A | Dividend | | | Sold | 3/16/11 | K | B | |
| 11. | BED BATH & BEYOND | | None | L | T | Sold (part) | 10/5/11 | K | C | |
| 12. | BERKSHIRE HATHAWAY | | None | K | T | Buy | 11/7/11 | K | | |
| 13. | BHP BILLITON LTD SPONSORED ADR | A | Dividend | | | Buy (add'l) | 4/4/11 | J | | |
| 14. | | | | L | T | Sold (part) | 03/16/11 | K | D | |
| 15. | CARMAX | | None | K | T | | | | | |
| 16. | CELGENCE CORP | | None | K | T | | | | | |
| 17. | CHEVRON CORP | C | Dividend | L | T | Buy (add'l) | 06/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CINCINNATI BELL INC | | None | J | T | Buy | 06/27/11 | J | | |
| 19. CISCO SYSTEMS INC | A | Dividend | K | T | Buy (add'l) | 02/25/11 | J | | |
| 20. CLEAR CHANNEL OUTDOOR | | None | K | T | | | | | |
| 21. CLEAR MEDIA LTD. | | None | J | T | | | | | |
| 22. CLEARWIRE CORP | | None | J | T | Buy | 02/24/11 | J | | |
| 23. CONCORD MEDICAL SVCS HOLDINGS ADR | A | Dividend | J | T | Buy | 1/25/11 | J | | |
| 24. CROWN HOLDINGS | | None | K | T | | | | | |
| 25. DENNY'S CORP | | None | K | T | Buy | 02/03/11 | K | | |
| 26. DISCOVERY COMMUNICATIONS | | None | K | T | | | | | |
| 27. DEVON ENERGY CORP | A | Dividend | K | T | Buy | 12/5/11 | K | | |
| 28. ENERGY TRANSFER PARTNERS LP | A | Dividend | J | T | | | | | |
| 29. ENSCO PLC SPONSORED ADR | A | Dividend | J | T | Buy | 03/10/11 | J | | |
| 30. FPIC INSURANCE GROUP INC | | None | | | Sold | 04/05/11 | K | D | |
| 31. GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 32. GLADSTONE COMM CORP | A | Dividend | J | T | Sold (part) | 01/25/11 | J | A | |
| 33. GOOGLE INC | | None | | | Buy | 08/12/11 | K | | |
| 34. | | | | | Sold | 10/04/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INTERNATIONAL BUSINESS MACHINES | B | Dividend | | | Buy (add'l) | 09/12/11 | J | | |
| 36. | | | M | T | Sold (part) | 03/16/11 | L | E | |
| 37. IRIDIUM COMMUNICATIONS | | None | J | T | Buy | 08/09/11 | K | | |
| 38. K12 INC COM | | None | L | T | Sold (part) | 03/07/11 | J | B | |
| 39. KEYW HOLDING CORP | | None | | | Buy | 09/14/11 | J | | |
| 40. | | | | | Sold | 12/21/11 | J | | |
| 41. KINDER MORGAN ENERGY PARTNERS | B | Dividend | K | T | | | | | |
| 42. LABORATORY CORP AMER HOLDINGS | | None | K | T | Buy | 04/08/11 | K | | |
| 43. | | | | | Sold (part) | 12/13/11 | K | | |
| 44. LAMAR ADVERTISING | | None | J | T | | | | | |
| 45. LOWES CO INC | B | Dividend | L | T | Buy (add'l) | 06/22/11 | J | | |
| 46. MARKEL CORPORATION | | None | K | T | | | | | |
| 47. MASTERCARD INC CL A | A | Dividend | K | T | Buy | 08/12/11 | K | | |
| 48. MICROS SYSTEMS INC | | None | K | T | | | | | |
| 49. MICROSOFT CORP | B | Dividend | L | T | Buy (add'l) | 09/08/11 | J | | |
| 50. MILLICOM INTERNATIONAL | B | Dividend | K | T | Sold (part) | 11/10/11 | J | B | |
| 51. NEOGEN CORP | | None | K | T | Buy (add'l) | 03/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NEWALTA INCOME FD TRUST UNIT | A | Dividend | | | Sold | 08/04/11 | K | | |
| 53. NOVARTIS AG SPONSORED ADR | A | Dividend | K | T | Buy (add'l) | 04/08/11 | J | | |
| 54. ORACLE CORPORATION | A | Dividend | L | T | Buy (add'l) | 08/08/11 | J | | |
| 55. PEPSICO INC | B | Dividend | L | T | Buy (add'l) | 03/11/11 | J | | |
| 56. PHILIP MORRIS INTL INC COM | C | Dividend | L | T | Buy (add'l) | 04/11/11 | J | | |
| 57. PIONEER NATURAL | A | Dividend | K | T | | | | | |
| 58. POOL CORP | A | Dividend | K | T | | | | | |
| 59. POZEN INC | | None | | | Sold | 10/7/11 | J | | |
| 60. PRIME INFASTRUCTURE HOLDINGS | A | Dividend | J | T | | | | | |
| 61. PRIMO WATER CORP | | None | J | T | Buy | 02/01/11 | J | | |
| 62. PROCTOR & GAMBLE | C | Dividend | L | T | Buy (add'l) | 03/11/11 | J | | |
| 63. SIX FLAGS ENTMT CORP | A | Dividend | J | T | | | | | |
| 64. SMUCKER JM & CO | C | Dividend | L | T | Buy (add'l) | 09/01/11 | J | | |
| 65. | | | | | Sold (part) | 12/13/11 | J | | |
| 66. SOLARWINDS INC COM | | None | K | T | Buy | 03/10/11 | K | | |
| 67. SPDR GOLD TR SHS | | None | | | Sold | 06/24/11 | L | E | |
| 68. STRAYER ED INC COM | A | Dividend | | | Buy (add'l) | 11/7/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | K | T | Sold (part) | 01/19/11 | K | | |
| 70. SUNRISE SENIOR LIVING INC | | None | K | T | Buy | 05/16/11 | K | | |
| 71. SUPER MICRO COMPUTER INC | | None | K | T | | | | | |
| 72. TAIWAN SEMICONDUCTOR | B | Dividend | K | T | Buy (add'l) | 07/29/11 | J | | |
| 73. | | | | | Sold (part) | 08/15/11 | J | A | |
| 74. THERMO FISCHER SCIENTIFIC | | None | | | Sold | 10/03/11 | K | | |
| 75. TIME WARNER CABLE | A | Dividend | K | T | Buy | 02/02/11 | K | | |
| 76. UNITED TECHNOLOGIES CORP | A | Dividend | K | T | Buy (add'l) | 09/12/11 | J | | |
| 77. UNIVERSAL DISPLAY CORP | | None | K | T | | | | | |
| 78. URSTADT BIDDLE PPT A | B | Dividend | K | T | | | | | |
| 79. VARIAN MEDICAL SYSTEMS | | None | K | T | Sold (part) | 12/13/11 | J | A | |
| 80. WALMART STORES INC | B | Dividend | L | T | Buy (add'l) | 06/06/11 | J | | |
| 81. WELLS FARGO & CO NEW | A | Dividend | L | T | Buy (add'l) | 04/04/11 | J | | |
| 82. | | | | | Sold (part) | 12/27/11 | K | | |
| 83. --CASH & EQUIVALENTS-- | | | | | | | | | |
| 84. PERSHING GOVT ACCOUNT | A | Interest | K | T | | | | | |
| 85. FIDELITY CASH | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DREYFUS TREASURY PRIME INV SH | A | Dividend | K | T | | | | | |
| 87. --LIMITED PARTNERSHIP- | | | | | | | | | |
| 88. BROOKFIELD INFRASTRUCTURE PARTNERS | B | Dividend | K | T | Buy | 07/07/11 | J | | |
| 89. --CORPORATE BONDS-- | | | | | | | | | |
| 90. AMERICAN EXPRESS BANK FSB 3.150% | B | Interest | | | Sold | 10/24/11 | L | | |
| 91. REDDY ICE CORP 13.25 DUE 11/1/2015 | B | Interest | J | T | Buy | 01/14/11 | J | | |
| 92. --BANK ACCOUNTS-- | | | | | | | | | |
| 93. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 94. CITIBANK | A | Interest | J | T | | | | | |
| 95. PEOPLES BANK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544